# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA, JR., | 1:06-cv-00955-LJO-SMS-PC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |
| COBBS, et al., | THIRTY DAY DEADLINE FOR PLAINTIFF TO FILE RESPONSE |
| Defendants. / | |

Plaintiff Victor Parra, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on July 24, 2006. (Doc. 1.)

On June 26, 2008, the court dismissed plaintiff's complaint for failure to state a claim upon which relief can be granted under § 1983, with leave to file an amended complaint within thirty days. (Doc. 10.) On July 24, 2008, plaintiff filed a notice of motion of voluntary dismissal pursuant to Fed. R Civ. P. 41(a)(1). (Doc. 11.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under

Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.

      Plaintiff states in his notice of motion that he "*will* move the court for a voluntary dismissal of the entire above action." (emphasis added).  In light of the language used by plaintiff, the court questions whether plaintiff intends to dismiss this action immediately upon the filing of the notice of motion.  Therefore, by this order to show cause, plaintiff is required to file a written response explaining his intention as to dismissal of this action.  Should plaintiff fail to file a response, the action will be dismissed pursuant to Rule 41(a)(1) and for failure to state a claim upon which relief may be granted.

      Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, plaintiff shall file a written response to this order to show cause, explaining his intention as to dismissal of this action; and

2. Plaintiff's failure to comply with this order shall result in immediate dismissal of this action pursuant to Rule 41(a)(1) and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:**    **August 4, 2008**                          **/s/ Sandra M. Snyder**
                                                               UNITED STATES MAGISTRATE JUDGE