# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA, JR., | 1:06-cv-00955-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE UNDER RULE 41(a)(1) |
| v. | (Doc. 11.) |
| COBBS, et al., | ORDER DIRECTING CLERK TO CLOSE FILE |
| Defendants. | |

Plaintiff Victor Parra, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on July 24, 2006. (Doc. 1.) On September 18, 2008, this action was assigned to United States Magistrate Judge Sandra M. Snyder for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment. (Doc. 13.)

On August 4, 2008, the court issued an order to show cause, ordering plaintiff to file a written response explaining his intention as to dismissal of this action, in light of the fact that plaintiff filed a notice of voluntary dismissal on July 24, 2008. (Doc. 12.) More than thirty days have passed and plaintiff has not filed a response to the court's order. Plaintiff was forewarned in the court's order to show cause that if he failed to file a response, this action would be dismissed under Rule 41(a)(1).

1

1   "[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his
2   action prior to service by the defendant of an answer or a motion for summary judgment.'"
3   Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)
4   (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under
5   Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no
6   action had been brought, the defendant can't complain, and the district court lacks jurisdiction to
7   do anything about it." Id. at 1078.  No defendant has filed an answer or other responsive
8   pleading.  Therefore, this action shall be dismissed without prejudice under Rule 41(a)(1).

9       Accordingly, IT IS HEREBY ORDERED that:

10  1.   This action is DISMISSED in its entirety without prejudice under Rule 41(a)(1);
11       and
12  2.   The Clerk of the Court is DIRECTED to close the file in this case and reflect
13       voluntary dismissal of this action pursuant to Rule 41(a)(1) on the court's docket.

16  IT IS SO ORDERED.

17  **Dated:    October 2, 2008**             /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE